IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY EUGENE BLACK,

    Plaintiff,

v.

JILL BENNETT, *et al.*,

    Defendants.

Case No. 3:16-cv-1187-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: January 2, 2019

        **MARGARET M. ROBERTIE,**
        Clerk of Court

        BY:   s/Tina Gray
                Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**